**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| ERIK A MIRANDA | ) |
| | ) CASE NO.:  14-74944-LRC |
| DEBTOR | ) |
| | ) |

**CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN**
**(11 U.S.C. § 522(q)(1) MAY NOT APPLY)**

COMES NOW, Melissa J. Davey, Standing Chapter 13 Trustee, in the above-styled action and files this Notice of Completed Plan, and respectfully shows the Court the following:

The Chapter 13 Trustee has verified that each Debtor in this case has completed payments to creditors pursuant to the terms of the confirmed plan.

1. **Each Debtor shall complete and file with the Court or return to their attorney for filing with the Court the attached *Debtor's 11 U.S.C. § 1328 Certificate* concerning domestic support obligations and previous discharges.**

2. **Each Debtor must file a certificate of completion of an approved instructional course concerning personal financial management.**

**Each Debtor has 45 days from the date of this notice to file the required documents. If each Debtor fails to file all of the documents, the Court may close the case without a discharge.**

The Trustee does not believe that 11 U.S.C. § 522 (q)(1) applies in this case.

The Chapter 13 Trustee respectfully requests that this Court review this case to determine if each Debtor is eligible for discharge and whether all requirements of 11 U.S.C. § 1328 have been met, and if appropriate, enter an Order of Discharge.

The Chapter 13 Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of Debtor in this case have been negotiated and no outstanding disbursements remain.  This case will remain open, pending receipt of the Chapter 13 Trustee's Final Report and Account and an Order discharging the Trustee is entered.

Respectfully Submitted October 24, 2019.

/s/ MELISSA J. DAVEY
MELISSA J. DAVEY
STANDING CHAPTER 13 TRUSTEE
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| ERIK A MIRANDA | ) |
| | ) CASE NO.: 14-74944-LRC |
| DEBTOR | ) |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Notice of Completed Plan using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Lisa F. Caplan    lcaplan@rubinlublin.com,
nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
Lisa F. Caplan    lcaplan@rubinlublin.com,
ruluecf@gmail.com;akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;RULUECF@GMAIL.COM;BKRL@ecf.courtdrive.com
Abbey Ulsh Dreher    ga.nd.ecf@BDFGroup.com
Travis E. Menk    travis.menk@brockandscott.com,
gabkr@brockandscott.com;wbecf@brockandscott.com
Howard P. Slomka    se@myatllaw.com,
myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com
Mallory Velten    mallory.velten@brockandscott.com,
gabkr@brockandscott.com;wbecf@brockandscott.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR :

ERIK A MIRANDA
1202 INDIAN WAY
LILBURN, GA  30047

Respectfully Submitted October 24, 2019.

<u>/s/ MELISSA J. DAVEY</u>
MELISSA J. DAVEY
STANDING CHAPTER 13 TRUSTEE
STATE BAR NO. 206310
Standing Chapter 13 Trustee
260 PEACHTREE STREET N.W.
SUITE 200
Atlanta, GA  30303
(678)510-1444

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| ERIK A MIRANDA | ) |
| | ) CASE NO.:  14-74944-LRC |
| DEBTOR | ) |
| | ) |

**DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE**

*This Certificate must be completed and filed with the Court in order for each debtor to receive a discharge. In joint cases, separate Certificates must be completed and signed by each debtor. This Certificate should be filed with the Court by the Debtor or by their attorney after the debtor has completed all payments (as required by the Plan or as specified by order of the Court.)*

**I declare under penalty of perjury that the information provided in this Notice is true and correct.**

**A.** Appropriate Box Must Be Checked**:**

☐ 1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

☐ 2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

☐ 3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations, such as child support, maintenance or alimony, as required by an order of a court or administrative agency or by statute.

**If you were obligated to pay a domestic support obligation, please complete the information below.  If not, skip to paragraph B.**

The name and address of each holder of a domestic support obligation are:

Name:_____          My Current Address:

Address:_____          _____

_____                   _____

_____                   _____

_____


My Current Employer is:
Name:_____

Address:_____

_____

_____


**B.** ☐  1.  I **have NOT** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

☐  2.  I **have** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

**C.** ☐  1.  I **have NOT** received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

☐  2.  I **have** received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

**By signing this Notice, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case.  The Court may revoke my discharge if my statements are not accurate.**


DATE:_____     /s/_____
                                      Debtor